**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| v. | * | Criminal Case No. RWT-04-235 |
| **KIMBERLY RICE,** | * | |
| Defendant. | * | |

**MEMORANDUM ORDER**

The Court is in receipt of the Defendant's correspondence dated January 5, 2015, which the Court has deemed a Motion for Reduction of Restitution, ECF No. 1734, and the Government's Response in Opposition, ECF No. 1762. The Court finds that a reduction of the total amount of restitution is not warranted, nor is it permissible under the Mandatory Victims Restitution Act, 18 U.S.C. § 3663A. The Defendant is advised to work with the United States Probation Office to determine whether her payment amounts can be reduced in response to hardship.

Accordingly, it is, this 29th day of February, 2016, by the United States District Court for the District of Maryland, hereby

**ORDERED**, that the Defendant's Motion for Reduction of Restitution [ECF No. 1734] is **DENIED**; and it is further

**ORDERED**, that the Clerk **SHALL MAIL** a copy of this Order to the Defendant.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE